

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN THE INTEREST OF J. O., A CHILD, | § | No. 08-20-00225-CV |
| Appellant. | § | Appeal from the |
|  | § | 388th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2015DCM2215) |
|  | § |  |

**O R D E R**

Appellant has filed a motion for a stay of proceedings. Because the record on this motion is insufficient to demonstrate the need for a stay, the motion is denied without prejudice.

IT IS SO ORDERED this 4th day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.